UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCY
LOUISVILLE DIVISION
CIVIL ACTION NO. __3:20-cv-565-RGJ__

WESTFIELD INSURANCE COMPANY             PLAINTIFF

v.        **NOTICE OF REMOVAL**

J.B. HUNT TRANSPORT, INC.             DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*

Defendant J.B. Hunt Transport, Inc., for its Notice of Removal of this action from the Jefferson County Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division states:

1. On or about July 10, 2020, Plaintiff Westfield Insurance Company ("Westfield") filed a Complaint in Jefferson County Circuit Court, Case No. 20-CI-003998 ("The Complaint"), against Defendant J.B. Hunt Transport, Inc. ("J.B. Hunt") for Declaratory Judgment. The Complaint arises from a Superior Court of California action relating to an accident in which plaintiff seeks a judgment of $10,000,000.00. J.B. Hunt was served with a summons and a copy of the Complaint on or about July 17, 2020. Westfield Insurance Company granted an extension for filing an answer until August 21, 2020. Copies of Plaintiff's process and pleadings filed in said action are attached hereto in accordance with 28 U.S.C. § 1446(a).

2. Westfield Insurance Company is now and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 20-CI-003998, an Ohio Corporation with its principal place of business in Ohio.

3. J.B. Hunt is now and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 20-CI-003998, a Georgia Corporation with its principal place of business in Arkansas.

4. This action is one over which this Court has original jurisdiction pursuant to the diversity jurisdiction provisions of 28 U.S.C. § 1332(a)(1) as this is an action between citizens of different states and is one that J.B. Hunt may properly remove to this Court pursuant to 28 U.S.C. § 1441(b).

5. The amount in controversy is in excess of $75,000 exclusive of interest and costs. Specifically, Westfield seeks a judgment declaring that it has no duty to pay, defend, indemnify, or extend coverage to J.B. Hunt for the $10,000,000.00 judgment sought in the California action.

6. This Notice of Removal is filed within thirty (30) days after receipt of the Complaint on J.B. Hunt as required by 28 U.S.C. §1446(b).

7. A copy of this Notice of Removal has been filed with the Clerk for the Jefferson Circuit Court in the Commonwealth of Kentucky and served upon counsel of record.

Respectfully submitted,

/s/ Tracey Clemmons Smith
Tracey Clemmons Smith
GWIN STEINMETZ & BAIRD
401 W. Main Street, Suite 1000
Louisville, KY 40202
tcsmith@gsblegal.com
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
*Counsel for Defendant J.B. Hunt Transport, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 13, 2020, I electronically filed the following with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing and the filing to the following:

John W. Walters
Elizabeth M. Bass
Lucas Harrison
WALTERS RICHARSON, PLLC
771 Corporate Drive, Suite 900
Lexington, KY 40503
John@WaltersRichardson.com
Elizabeth@WaltersRichardson.com
Telephone: (859) 219-9090
Facsimile: (859) 219-9292
*Counsel for Plaintiff*

                /s/ Tracey Clemmons Smith